# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | CV F 03 5263 REC SMS P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED MAY 23, 2006 (Doc. 62.) |
| v. | |
| EARLY, et. al., | |
| Defendants. | |

Roderick Washington ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 21, 2005, this Court dismissed the Amended Complaint with leave to Amend. Plaintiff submitted the Second Amended Complaint on May 12, 2006, however, it was lodged, rather than filed. Thus, because no Second Amended Complaint appeared on the Court Docket, the Court issued Findings Recommendations on June May 23, 2006, to dismiss the action for Plaintiff's failure to comply with a court order and state a claim for relief. The Court record now reflects that the Second Amended Complaint was submitted and filed on May 12, 2006, albeit, still untimely.

1

Accordingly, based on the above, the Court HEREBY VACATES the Findings and Recommendations issued on May 23, 2006, and will proceed with the case in due course. Plaintiff is reminded that when faced with a deadline which he will not be able to meet, the appropriate course of action is to request an extension of time from the Court. Simply letting the deadline pass without explanation or contact with the Court will cause the Court to Recommend to dismiss for failure to prosecute. Plaintiff is reminded that pursuant to the Local Rules and the Federal Rules of Civil Procedure, all pleadings filed with the Court <u>must</u> <u>be</u> <u>served</u> <u>on</u> <u>the</u> <u>opposing</u> <u>party</u> or they will be stricken from the record. Local Rule 5-135(b); Fed.R.Civ.P. 5.

The Court HEREBY ORDERS:

1. The Findings and Recommendations issued May 23, 2006, are VACATED.

The Court will proceed with the action in due course.

IT IS SO ORDERED.

**Dated:    June 2, 2006**          /s/ Sandra M. Snyder
icido3                      UNITED STATES MAGISTRATE JUDGE