1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    RODERICK WASHINGTON,                    1:03-cv-05263-LJO-SMS (PC)

12                                            ORDER GRANTING MOTION
              Plaintiff,                      TO EXTEND TIME TO FILE
13                                            OBJECTIONS TO FINDINGS AND
          vs.                                 RECOMMENDATIONS
14                                            (Doc. 79)
      RICHARD E. EARLY, et al.,
15                                            THIRTY DAY DEADLINE
              Defendants.
16    _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18    1983.  On April 4, 2008,  plaintiff filed a motion to extend time to file objections to Findings

19    and Recommendations.  Good cause having been presented to the court and GOOD CAUSE

20    APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22    objections to the Findings and Recommendations issued on March 24, 2008.

23    IT IS SO ORDERED.

24    **Dated:    April 10, 2008**                    /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28