1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODERICK WASHINGTON,                    1:03-cv-05263-LJO-SMS-PC

12            Plaintiff,                      ORDER ADOPTING FINDINGS &
                                             RECOMMENDATIONS
13        vs.                                (Doc. 77)

14   RICHARD EARLY, et al.,                  ORDER FOR ACTION TO PROCEED WITH
                                             FIRST AMENDMENT FREEDOM OF SPEECH
15            Defendants.                     CLAIM AGAINST DEFENDANTS EARLY,
                                             LAMANCO, AND PASTOR, AND DISMISSING
16                                           ALL REMAINING CLAIMS AND DEFENDANTS

17                                           ORDER REFERRING CASE BACK TO
                                             MAGISTRATE FOR FURTHER PROCEEDINGS
18   _____/

19           Roderick Washington ("plaintiff") is a state prisoner proceeding pro se in this civil

20   rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

21   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22           On March 24, 2008, findings and recommendations were entered, recommending that

23   this action proceed with plaintiff's First Amendment freedom of speech claim against defendants

24   Early, Lamanco, and Pastor, and to dismiss all remaining claims and defendants.   Plaintiff was

25   provided an opportunity to file objections to the findings and recommendations within thirty days.

26   To date, plaintiff has not filed objections or otherwise responded to the findings and

27   recommendations.

28                                              1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.     The Findings and Recommendations issued by the Magistrate Judge on March 24, 2008, are adopted in full;

2.     This action shall proceed only against defendants Early, Lamanco, and Pastor; on plaintiff's First Amendment freedom of speech claim, entirely found in the second amended complaint at page 21, paragraphs 82 and 83.  This First Amendment claim is the only claim found cognizable by the court;

3.     All other defendants in the second amended complaint are dismissed for plaintiff's failure to state any claims against them upon which relief may be granted;

4.     All other claims in the second amended complaint are dismissed for failure to state a claim upon which relief may be granted;

5.     The Clerk shall reflect dismissal of all defendants except Early, Lamanco, and Pastor on the court docket; and

6.     This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   May 29, 2008**                             **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

2