1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RODERICK WASHINGTON,            1:03-cv-05263-LJO-SMS-PC

12            Plaintiff,             ORDER ADOPTING FINDINGS &
                                     RECOMMENDATIONS
13        vs.                        (Doc. 92.)

14   RICHARD EARLY, et al.,          ORDER DENYING MOTION FOR
                                     PRELIMINARY INJUNCTIVE RELIEF
15            Defendants.            (Doc. 81.)
     _____/

16

17             Roderick Washington ("plaintiff") is a state prisoner proceeding pro se in this civil

18   rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

     Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19

20             On August 4, 2008, findings and recommendations were entered, recommending that

21   the motion for preliminary injunctive relief, filed by plaintiff on April 23, 2008, be denied.  (Doc.

22   92.)   Plaintiff was provided an opportunity to file objections to the findings and recommendations

     within thirty days.[1]   The thirty day time period has passed, and plaintiff has not filed objections or

23   otherwise responded to the findings and recommendations.

24

     _____

25             [1]The findings and recommendations were served on plaintiff on August 4, 2008.  (Doc. 92.) On September 2, 2008,
     the mail was returned to the court by the United States Postal Service as undeliverable, with a notation on the envelope "RTS -
26   Unable to Forward."  (Doc. 96.)   On September 9, 2008, the court re-served the findings and recommendations on plaintiff
     at the new address provided by plaintiff on September 2, 2008.  (Doc. 93.)  As a result of the re-service, the deadline for
27   plaintiff to file objections was extended to thirty days from the date of the re-service.

28                                        1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

2  305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

3  file, the court finds the findings and recommendations to be supported by the record and proper

4  analysis.

5    Accordingly, THE COURT HEREBY ORDERS that:

6    1.  The Findings and Recommendations issued by the Magistrate Judge on August 4,

7  2008, are adopted in full; and

8    2.  The motion for preliminary injunctive relief, filed by plaintiff on April 23, 2008, is

9  DENIED.

10

11  IT IS SO ORDERED.

12  **Dated:   October 20, 2008**      /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                      2