# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:03-cv-05263-LJO-SMS-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO FILE EVIDENCE OF SERVICE OF PROCESS EXECUTED UPON DEFENDANTS EARLY, LAMANCO, AND PASTOR |
| v. | |
| RICHARD EARLY, et al., | TWENTY DAY (20) DAY DEADLINE |
| Defendants. | |

Roderick Washington ("plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action now proceeds on plaintiff's claims for violation of his First Amendment freedom of speech rights against defendants Early, Lamanco, and Pastor ("defendants"), entirely found in the second amended complaint at page 21, paragraphs 82 and 83.

On June 16, 2008, the court issued an order directing plaintiff to initiate service of process upon defendants within one hundred twenty (120) days of the date of service of the order. (Doc. 87.) More than one hundred twenty (120) days have passed. Plaintiff is now required to file evidence with the court that service of process was successfully executed upon defendants. For each defendant, plaintiff must file either a Waiver of Service signed by the defendant, or proof that personal service has been effected upon the defendant. Plaintiff should refer to the court's order of June 16, 2008, for the service requirements.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty (20) days of the date of service of this order, <u>for each defendant</u> (Early, Lamanco, and Pastor), plaintiff must either:

    a. File a Waiver of Service signed by the defendant, or in the alternative,

    b. File proof that personal service has been effected upon the defendant;

2. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   October 29, 2008**              /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE