1

2

3

4

5

6

7

8          # UNITED STATES DISTRICT COURT

9          ### EASTERN DISTRICT OF CALIFORNIA

10

11    RODERICK WASHINGTON,                      1:03-cv-05263-LJO-SMS-PC

12                        Plaintiff,            FINDINGS AND RECOMMENDATION TO
                                                DENY PLAINTIFF'S MOTION FOR
13          v.                                  DEFAULT JUDGMENT
                                                (Doc. 102.)
14    RICHARD EARLY, et al.,
                                                OBJECTIONS, IF ANY DUE IN THIRTY
15                        Defendants.           DAYS
      _____/
16

17          Roderick Washington ("plaintiff") is a state prisoner proceeding pro se in this civil

18    rights action filed pursuant to 42 U.S.C. § 1983.  This action now proceeds on plaintiff's claims

19    for violation of his First Amendment freedom of speech rights against defendants Early,

20    Lamanco, and Pastor ("defendants"), entirely found in the second amended complaint at page 21,

21    paragraphs 82 and 83.  On November 20, 2008, plaintiff filed a motion for default judgment

22    against defendants.  (Doc. 102.)

23    **I.        ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

24          Entry of default is appropriate as to any party against whom a judgment for affirmative

25    relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of

26    Civil Procedure and where that fact is made to appear by affidavit or otherwise.  See Fed. R. Civ.

27    P. 55(a).

28          Along with his motion for default judgment, plaintiff submitted copies of three certified

                                            1

1  mail receipts dated July 7, 2008, addressed to C/Os Early, Lamanco, and Pastor at NKSP

2  Litigation Dept., P.O. Box 800, Delano, CA  93216.  (Docs. 101, 103.)  However, plaintiff has

3  not submitted any evidence demonstrating that he has successfully effected service of process on

4  defendants pursuant to Rule 4, and none of the defendants has made an appearance in this action.

5  Fed. R. Civ. P. 4.  Plaintiff was informed in the court's order June 16, 2008 that for each

6  defendant, he must file either a Waiver of Service signed by the defendant, or proof that personal

7  service has been effected upon the defendant.  Plaintiff has not submitted a Waiver of Service or

8  proof of personal service for any of the defendants.  Because plaintiff has not demonstrated that

9  any of the defendants was properly and successfully served, he is not entitled to entry of default

10  or default judgment against any of the defendants.  Therefore, plaintiff's motion for default

11  judgment should be denied, without prejudice.

12  **II.    RECOMMENDATION**

13         In accordance with the above, IT IS HEREBY RECOMMENDED that plaintiff's motion

14  for default judgment be DENIED, without prejudice.

15         These findings and recommendation are submitted to the United States District Judge

16  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within thirty days

17  after being served with these findings and recommendation, plaintiff may file written objections

18  with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings

19  and Recommendation."  Plaintiff is advised that failure to file objections within the specified

20  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

21  (9th Cir. 1991).

22  IT IS SO ORDERED.

23  **Dated:    December 12, 2008**                          **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28