1

2            IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5   RODERICK WASHINGTON,              1:03-cv-05263-LJO-SMS-PC

6            Plaintiff,               ORDER ADOPTING FINDINGS
                                      AND RECOMMENDATIONS
7        vs.                          (Doc. 105.)

8   RICHARD EARLY, et al.,            ORDER DENYING PLAINTIFF'S MOTION
                                      FOR DEFAULT JUDGMENT
9            Defendants.              (Doc. 102.)

10  _____/

11          Roderick Washington ("plaintiff") is a former state prisoner proceeding pro se in this

12  civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

13  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

14          On December 15, 2008, findings and recommendations were entered, recommending

15  that plaintiff's motion for default judgment be denied.   Plaintiff was provided an opportunity to file

16  objections to the findings and recommendations within thirty days.   To date, plaintiff has not filed

17  objections or otherwise responded to the findings and recommendations.

18          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

19  305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

20  file, the court finds the findings and recommendations to be supported by the record and proper

21  analysis.

22          Accordingly, THE COURT HEREBY ORDERS that:

23          1.      The Findings and Recommendations issued by the Magistrate Judge on

24                  December 15, 2008, are adopted in full; and

25          2.      Plaintiff's motion for default judgment is DENIED.

26  IT IS SO ORDERED.

27  Dated:   February 10, 2009            /s/ Lawrence J. O'Neill

28                                    1

1            UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28