# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD EARLY, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:03-cv-05263-LJO-SMS PC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**<br><br>**(Doc. 140)**<br><br>**TEN-DAY DEADLINE** |

　　　Plaintiff Roderick Washington, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 3, 2003. Pursuant to the Court's order of June 2, 2008, this action is proceeding on Plaintiff's second amended complaint against Defendants Early, Lamanco, and Pastor on Plaintiff's First Amendment freedom of speech claim. This matter is set for jury trial on April 18, 2011.

　　　On January 5, 2011, the Court issued a scheduling order requiring Plaintiff to file a pretrial statement on or before February 7, 2011. Plaintiff failed to comply with or otherwise respond to the order. Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10) CALENDAR days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey the Court's order and

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

　　　IT IS SO ORDERED.

Dated:　February 15, 2011　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE